*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 3/7/2018



KM

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| GERALD JOSEPH STANLEY SR | CASE NO. 17-08569-CW3-13 |
| 1992 WATERFORD DR | CHARLES M WALKER |
| OLD HICKORY, TN  37138 | |
| | |
| SSN XXX-XX-9200 | 03/07/2018 |

**ORDER STOPPING**
**PAYROLL DEDUCTION OR DIRECT PAY ORDER**

    An order to pay trustee was previously issued in the above referenced case to the entity from whom the debtor receives income. The Chapter 13 case for the above named debtor has been dismissed or converted by this Court, therefore,

    IT IS ORDERED that no direct payments or deductions be made from payments due to the debtor, **GERALD JOSEPH STANLEY SR,** by the entity from whom the debtor receives income except upon further order of this court.

xc:  
**GERALD JOSEPH STANLEY SR**  
LONG BURNETT AND JOHNSON PLLC  
Henry E. Hildebrand  
GERALD JOSEPH STANLEY SR  
1992 WATERFORD DR  
OLD HICKORY, TN  37138

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.